# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
**Eastern Division**

### JUDGMENT IN A CIVIL CASE

ROBERT STRICKLIN,
Plaintiff,

v.

TRUSTGARD INSURANCE
COMPANY,
Defendants,

CASE NUMBER: 1:08-cv-1118-T

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 11/23/09, this action is hereby DISMISSED, without prejudice as to the re-filing of same, pursuant to Federal Rule of Civil Procedure 41.

**APPROVED:**

                                                  s/James D. Todd
                                                  JAMES D. TODD
                                                  UNITED STATES DISTRICT JUDGE

**THOMAS M. GOULD**
**CLERK**

**BY: s/Anna Jordan**
**DEPUTY CLERK**